PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Rivero                                     Cr.: 06-455-001

Name of Sentencing Judicial Officer: Nicholas H. Politan, U.S.D.J.

Name of Current Sentencing Judicial Officer: Faith S. Hochberg, U.S.D.J

Date of Original Sentence: 03/16/90

Date of Violation of Supervised Release Sentence: 10/12/04

Original Offense: Conspiracy to Possess with Intent to Distribute & Using a Telephone to Facilitate a Cocaine Conspiracy, 21 U.S.C. § 846 & 21 U.S.C. § 843(b)

Violation Offense: Committed Another Crime [(2 cts) - Harassment and Terroristic Threats]

Original Sentence: 135 months custody, 5 years supervised release

Violation of Supervised Release Sentence: 3 months custody, 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/14/05

Assistant U.S. Attorney: To be assigned                  Defense Attorney: To be assigned

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.** <br><br> The offender was charged by the North Bergen Police Department that on or about 09/12/2006 to 09/16/2006, Edward Rivero Forged a Signature and NJ State Death License number, in violation of NJS 2C: 21-1(a)(2); Filed a False NJ State Death Certificate, in violation of NJS 2C: 21-3(b); and committed Unlicenced Removal of Human Remains in violation of NJS 2C:22-1(a)(1). |

According to North Bergen Police Incident Report #60725594, dated 09/28/2006, the victim complainant indicated that on 09/12/2006, she delivered a female still born baby at Palisades Medical Center. On 09/14/2006, she contacted the Hernandez Funeral Home, Union City, New Jersey and was connected with the offender, Edward Rivero. He later responded to her residence regarding the cremation of her child advising it would cost $620.00 and accepted $200.00 cash while at the residence.

On 09/16/2006, the offender and his brother, Rafael Rivero, went back to the victim's home with the "Certificate of Fetal Death" of her child which indicated the wrong date of birth. The victim was advised not to worry this would be corrected.

On 09/18/2006, the offender's brother went back to the victim's home providing her a box which allegedly contained her daughter's ashes. The victim noted that the box was labeled with the wrong name and indicated that the child was a male. She was told these issues would be corrected and was told to pay the balance of the costs for the cremation services. She paid $320.00 in cash and wrote a $100.00 check in the name of Edward Rivero.

The victim later noticed that on the death certificate the funeral home was listed as National Removal Services in Guttenberg, not the Hernandez Funeral Home. She then made contact with the Hernandez Funeral Home who advised they had no documents and notice of services rendered to the victim. The victim contacted the North Bergen Police Department advising that she believes that her child's body might be missing and that Edward Rivero committed fraud against her and issued a fictitious death certificate. North Bergen Police are continuing an investigation in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 10/23/06

THE COURT ORDERS:
[✓] The Issuance of a Summons. Date of Hearing: 11/16/06 at 1:30 PM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/1/06
Date