PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## AMENDED - Petition for Summons for Offender Under Supervision

Name of Offender: Edward Rivero                                     Cr.: 06-455-001

Name of Sentencing Judicial Officer: Nicholas H. Politan, U.S.D.J.

Name of Current Sentencing Judicial Officer: Faith S. Hochberg, U.S.D.J

Date of Original Sentence: 03/16/90

*[Stamp: RECEIVED NOV 15 2006 FAITH S. HOCHBERG U.S. DISTRICT JUDGE]*

Date of Violation of Supervised Release Sentence: 10/12/04

Original Offense: Conspiracy to Possess with Intent to Distribute & Using a Telephone to Facilitate a Cocaine Conspiracy, 21 U.S.C. § 846 & 21 U.S.C. § 843(b)

Violation Offense: Committed Another Crime [(2 cts) - Harassment and Terroristic Threats]

Original Sentence: 135 months custody, 5 years supervised release

Violation of Supervised Release Sentence: 3 months custody, 3 years supervised release

Special Conditions: 3 months Community Correction Center, later amended to 3 months Home Confinement, mental health treatment and no contact with any females under the age of 18.

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/14/05

Assistant U.S. Attorney: To be assigned                Defense Attorney: To be assigned

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.** |
| | The offender was charged by the Union City Police Department that on 09/14/2006, he committed Deceptive Business Practices, in violation of NJS 2C: 21-7(h); Securing Execution of Documents by Deception, in violation of NJS 2C: 21-16; and Impersonation/Theft of Identity, in violation of NJS 2C:17A-(2). |

PROB 12C - Page 2
Edward Rivero

According to Union City Police Report #2006-72594, subscribed and sworn on 10/16/06, Rivero made a false and misleading statement to the victim with the purpose of obtaining property and money while pretending to a representative of the Hernandez Funeral Home, which he was not authorized to do so. Rivero utilized the mortuary practitioner license # 23JP00334700, belonging to Daniel Simone, Jr. without authorization. He pretended to be a representative of Hernandez Funeral Home with the purpose of obtaining a benefit from the victim. The charges are attached to this amended request for violation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer

Date: 11/07/06

THE COURT ORDERS:
[✓] The Issuance of a Summons. Date of Hearing: 12/11/06 at 3:00 p.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/20/06
Date