UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. EDWARD RIVERO, CRIM. NO. 06-0455 (SBI# 194831B)

## PETITION FOR WRIT OF HABEAS CORPUS

1. EDWARD RIVERO (DOB: 02-15-66) is now confined at the MID-STATE CORRECTIONAL FACILITY (ADDRESS: P.O. BOX 866, WRIGHTSTOWN, N.J. 08562, (609) 723-4421).

2. Said individual will be required at Newark, New Jersey, before the Hon. Faith S. Hochberg, U.S. District Judge, on June 3, 2008, at 12:45 a.m. for a violation of supervised release hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 20, 2008

JAMES B. NOBILE
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 20, 2008

HON. FAITH S. HOCHBERG,
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Mid-State Correctional Facility:
WE COMMAND YOU that you have the body of

EDWARD RIVERO,

now confined at the Mid-State Correctional Facility, Wrightstown, N.J., brought before the United States District Court, the Hon. Faith S. Hochberg, U.S. District Judge, in the United States Post Office and Courthouse at Newark, New Jersey, on June 3, 2008 at 12:45 a.m., in civilian clothes, so that he may appear at a violation of supervised release hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Faith S. Hochberg
United States District Judge, Newark, New Jersey.

DATED: May 20, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk